Law Offices
# VARNER & GOUNDRY
A Professional Corporation
121 East Patrick Street
Frederick, Maryland  21701

Telephone:  (301) 631-1800
Facsimile:  (301) 631-9234

August 19, 2008

The Honorable Catherine C. Blake
United State District Court
U.S. Courthouse
101 West Lombard Street
Baltimore, MD  21201

      RE:    *Watkins, et al. v. Casiano, et al.*
             Civil No. CCB-07-2419

Dear Judge Blake:

      Defendants are in agreement with the contents of Plaintiffs' status report of August 15, 2008.

      Defendants anticipate that their case-in-chief will take no more than two trial days. Defendants will not consent to a Magistrate Judge conducting further proceedings in this case, including the trial.

                              Very truly yours,

                              VARNER & GOUNDRY
                              A Professional Corporation

                              Conrad W. Varner

CWV/ljd
cc:    Emily C. Malarkey, Esquire
       Julia A. Lodowski, Esquire