IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RONALD WATKINS, et al **Plaintiff** | * | |
| v. | * | Civil Case No. CCB-07-2419 |
| MANUEL A. CASIANO, M.D., et al **Defendant** | * ****** | |

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2008 SEP 30 A 11:3

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

## ORDER OF JUDGMENT

The jury having returned a verdict in favor of the Defendant, Manuel A. Casiano, M.D., et al against the Plaintiffs, Ronald Watkins, et al  it is this ___30th___ day of ___Sept.___, 20_08_,

**ORDERED**,

1. Judgment is entered in favor of Defendants, Manuel A. Casiano, M.D., et al against Plaintiffs, Ronald Watkins, et al with costs; and

2. Any and all prior rulings made by the Court disposing of any claims against any parties are incorporated by reference herein, and this Order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58.

_____
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE